IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHARLES LEE STONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:14-cv-01546-SLB-JEO |
| REBEKAH A. CALLAHAN, *et al* | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on March 24, 2015, recommending that the federal claims in this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, and for seeking monetary relief from defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). The magistrate judge further recommended that any state law claims asserted in the complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). Although the plaintiff was advised of his right to file specific written objections within fourteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1) and (2),

the federal claims in this action are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, and for seeking monetary relief from defendants who are immune from such relief. Additionally, any state law claims asserted in the complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered contemporaneously herewith.

DONE this 14th day of May, 2015.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE